AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Jonathan Lee Riches

**JUDGMENT IN A CIVIL CASE**

vs.

| | |
|---|---|
| Justin Tanner Peterson, Phone Losers of America | 6:08-1092 |
| Christianne Carafano, aka Chase Masterson, John L. Ciccone | 6:08-1093 |
| Thomas Cameron Kincade, John William Fry | 6:08-1094 |
| Michael Stefan Prime, W. Patrick Kenna | 6:08-1095 |
| Andrew FeLitt Bedenfield, Bert Douglas Montgomery | 6:08-1096 |
| James Carroll Sexton, Herbert Arthur Bates | 6:08-1097 |
| Shawn Gementera, George Michael Shipsey | 6:08-1098 |
| John Manuel Melendrez, Kent Aoki | 6:08-1099 |
| Zameer Nooralla Mohamed, Javid Naghani | 6:08-1109 |
| Francisco Demapan Dela Cruz | 6:08-1110 |
| Ahmaed Ressam aka Benni Antoine Noris | 6:08-1111 |
| Stephen Remy Mueller | 6:08-1112 |
| John Lanny Lynch, Kenneth Southwell | 6:08-1113 |
| Jake J. Brahm | 6:08-1114 |
| Kevin Eric Curtin | 6:08-1115 |
| Flavio David Mendoza | 6:08-1117 |
| Esther Y. Boyd | 6:08-1118 |
| Brian Edward Ratigan | 6:08-1119 |
| Robin G. Lamont | 6:08-1120 |
| Rhonda Anne McCoy | 6:08-1121 |
| Shaquille O'Neal, Dwayne Wade | 6:08-1122 |
| Dominique Blakney, Kelby Blakney | 6:08-1123 |
| Kostya P. Kennedy, Stefanie Kaufman | 6:08-1124 |
| Gary Van Sickle, Richard Demak | 6:08-1125 |
| Gennaro Filice, Jacob Luft | 6:08-1126 |
| Gary Michael Hilton, Meredith Emerson | 6:08-1127 |
| Leo Felton, Erica Chase | 6:08-1128 |
| Paul James Hansen, Brendan Brennan | 6:08-1129 |
| Marty McSorely, FCI Williamsburg | 6:08-1130 |
| Frederick Keith Singleton, Charels Thomas Dickerson | 6:08-1131 |
| Aleksey Razhba, Rebecca Winters Keegan | 6:08-1132 |
| John Stockton, Karl Malone | 6:08-1133 |
| Andria Scott Hurst, Karen Lingo | 6:08-1139 |
| Rubem Campa, Gerardo Hernandez | 6:08-1140 |

| | |
|---|---|
| Willie Nelson, Kenny Chesney | 6:08-1141 |
| John Alex Floyd, Jr., Paula Hunt Hughes | 6:08-1142 |
| Robin Anne Spooner, Claire Solomon Machamer | 6:08-1143 |
| Christopher Ruddy dba Newsmax, Marcus Alvia | 6:08-1144 |
| Salma Hayek, America Ferrera | 6:08-1145 |
| Kenneth R. Timmerman, Lowell Ponte | 6:08-1146 |
| Alex Trebek, Pat Sajak | 6:08-1147 |
| Guy Willard Tooker, Bao Tran | 6:08-1149 |
| Calvin Broadus dba Snoop Doggy Dog | 6:08-1150 |
| Ice Cube aka O'Shea Jackson, Ice T aka Tracy Morrow | 6:08-1151 |
| Ruben Studdard, Taylor Hicks | 6:08-1152 |
| Anna Nemtsova dba Newsweek, Sharon Begley | 6:08-1153 |
| Andrea Jung dba Avon Products, Angela Braly dba Wellpoint | 6:08-1154 |
| Hakeem Olajuwon, David Robinson | 6:08-1155 |
| Albertson's Inc, FCI Williamsburg | 6:08-1171 |
| Alyssa Milano, Anthony Sabato, Jr. | 6:08-1172 |
| R.R. Donnelley & Sons, Bureau of Prisons | 6:08-1173 |
| Jerry Springer, Geraldo Rivera | 6:08-1174 |
| Doris Kearns Goodwin, Oleg Cassini | 6:08-1175 |
| Sam Donaldson, Bill Moyers, FCI Williamsburg | 6:08-1176 |
| Crohn's and Colitis Foundation of America, FCI Williamsburg | 6:08-1178 |
| Westminister Kennel Club Dog Show | 6:08-1179 |
| John Birch Society, Macdonald Hays, Laurence E. Bunker | 6:08-1180 |
| Karen Argow Lucchese, Peter M. Zuckerman | 6:08-1181 |
| Beth Lusko-Gunderman, Daryl P. Bowman | 6:08-1182 |
| Bernard Arnault, Christian Lecroix | 6:08-1184 |
| Walter Haefner, Charles J. Wyly, Jr. | 6:08-1185 |
| Ray Marion Cuddy, Jacob Harold Sherwood | 6:08-1186 |
| Corey Lyndell Blount, Ronald Lee Blount, Jr. | 6:08-1187 |
| Sheldon Adelson dba Las Vegas Sands Inc | 6:08-1188 |
| Andre Kudelski dba Nagra USA, Inc. | 6:08-1189 |
| Francois Pinault dba Artemis America, SA | 6:08-1190 |
| Ronald R.Rewald, Sunlin L.S. Wong | 6:08-1191 |
| Theodore Waitt, Norman Waitt | 6:08-1192 |
| Mikhail Fridman dba OAO Alfa Bank, Pyotr Aven | 6:08-1193 |
| Henry Samueli dba Broadcom Corp., henry T. Nicholas, III | 6:08-1194 |
| Steven M. Rales dba Danaher Corp., Mitchell P. Rales | 6:08-1195 |
| Carmax Auto Superstores, Inc., FCI Williamsburg | 6:08-1196 |
| H.J. Heinz Co., Teresa Heinz Kerry, FCI Williamsburg | 6:08-1197 |
| Georgia-Pacific Corp., International Paper Co., FCI Williamsburg | 6:08-1198 |
| Land O'Lakes, Inc., FCI Williamsburg | 6:08-1199 |
| Roger Ebert, Gene Shalit, Federal Correctional Institution Williamsburg | 6:08-1200 |
| Linda Lovelace, Ron Jeremy, Peter North, FCI Williamsburg | 6:08-1201 |
| Alexander&Baldwin, Inc., and FCI Williamsburg | 6:08-1202 |
| Jan-Pro Franchising Int'l, Inc., FCI Williamsburg | 6:08-1203 |

| | |
|---|---|
| Niccolo Machiavelli, Bureau of Prisons, FCI Williamsburg | 6:08-1204 |
| Lesley Stahl, Andy Rooney, and FCI Williamsburg | 6:08-1205 |
| Greta Van Susteren, Paula Zahn, and FCI Williamsburg | 6:08-1206 |

**[x]**     **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

     **IT IS ORDERED AND ADJUDGED** that these cases are dismissed under the three strikes rule.

                                                LARRY W. PROPES, Clerk

                                                By: s/Angela Lewis
                                                    Deputy Clerk

May 19, 2008